IN THE UNITED STATES COURT OF APPEALS
FOR THE FIFTH CIRCUIT

_____

No. 96-60704
Summary Calendar
_____


GLADYS CONCEPCION SERRANO-HERNANDEZ,

                                        Petitioner,


versus

IMMIGRATION AND NATURALIZATION SERVICE,

                                        Respondent.


- - - - - - - - - -
Petition for Review of an Order of the
Board of Immigration Appeals
BIA No. A 74 150 274
- - - - - - - - - -
April 22, 1997
Before Wisdom, Jolly, and Benavides, Circuit Judges.

PER CURIAM:[*]

    Gladys Concepcion Serrano-Hernandez appeals the decision of

the Board of Immigration Appeals affirming the Immigration

Judge's order denying her application for asylum and withholding

of deportation.  We have reviewed the record and the briefs of

the parties and find that the Board's decision is supported by

_____

    [*]  The court has determined that this opinion should not be
published and is not precedent except under the limited
circumstances set forth in Local Rule 47.5.4.

substantial evidence.[1]   Accordingly, the petition for review is

DENIED.

---

[1]    <u>See</u> *Carbajal-Gonzalez v. INS,* 78 F.3d 194, 197 (5th Cir. 1996).